O’MALLEY, Circuit Judge,
concurring.
I concur in all aspects of the thoughtful majority opinion, save one. While I agree we are compelled to exercise jurisdiction over this matter, I do not agree it is “proper” that we do so. Majority Op. at 1347. As the majority notes in section II A., there is binding precedent that compels that we decide the merits of this case. I believe that precedent is incorrect, however, and inconsistent with controlling Supreme Court case law.
I explained why I believe this court should discontinue exercising jurisdiction over state law malpractice claims in Byrne v. Wood, Herron & Evans, LLP, 676 F.3d 1024 (Fed.Cir.2012) (O’Malley, J., dissenting from denial of petition for rehearing en banc), and USPPS, Ltd. v. Avery Dennison Corp., 676 F.3d 1341 (Fed.Cir.2012) (O’Malley, J., concurring). For those same reasons, I believe we should consider en banc the propriety of continuing to hear eases such as this one at our first opportunity.